BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Debra Martin

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-CR-00254  LJO |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff, ) |  AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| Debra Martin, ) | DATE: October 3, 2008 Time: 8:30 am |
| Defendant. ) | Hon:    Lawrence J. O'Neill |

Barbara Hope O'Neill the attorney of record for Debra Martin and Kimberly A. Sanchez, Assistant United States Attorney, have agreed to continue this matter from October 3, 2008 until October 10, 2008 at 8:30 a.m.  The reason for the continuance is that another meeting is needed before the resolution of this case.  One of the agents who is necessary for the meeting is not available until the week of October 6.

Dated: September 29, 2008                                  Respectfully submitted,

                                                             /s/ Barbara Hope O'Neill
                                                            Barbara Hope O'Neill
                                                            Attorney for Debra Martin

Dated: September 29, 2008                          /s/  Kimberly A. Sanchez
                                                            Kimberly A. Sanchez
                                                            Assistant U.S. Attorney

-1-

1
2                                              ORDER
3        Upon stipulation of the parties and good cause appearing therefore,
4        IT IS HEREBY ORDERED that the hearing in this matter presently set for October
5   3, 2008 at 8:30 a.m. is continued until October 10, 2008, at 8:30 a.m., to be heard before
6
    the Honorable Lawrence J. O'Neill.
7
8
9
10  Dated: September 30, 2008                          _/s/ Lawrence J. O'Neill_____
                                                      Honorable Lawrence J. O'Neill
11                                                    United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28