BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Debra Martin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 1:07-CR-00254  LJO |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff,   ) |  AND ORDER |
| ) | |
| vs.   ) | |
| ) | |
| Debra Martin,   ) | DATE: December 19, 2008 Time: 8:30 am |
| Defendant.   ) | Hon:    Lawrence J. O'Neill |

Barbara Hope O'Neill the attorney of record for Debra Martin and Kimberly A. Sanchez, Assistant United States Attorney, have agreed to continue this matter from December 19, 2008 until January 9, 2009 at 8:30 a.m.  The reason for the continuance is the agents were not able to complete their operation until the end of next week.  After that is done, we need more time to discuss a final resolution.

Dated: December 17, 2008                                           Respectfully submitted,

                                                                                    /s/ Barbara Hope O'Neill_____
                                                                                      Barbara Hope O'Neill
                                                                                      Attorney for Debra Martin

Dated: December 17, 2008                                      /s/  Kimberly A. Sanchez
                                                                                      Kimberly A. Sanchez
                                                                                      Assistant U.S. Attorney

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for December 19, 2008 at 8:30 a.m., is continued until January 9, 2009, at 8:30 a.m., to be heard before the Honorable Lawrence J. O'Neill.

Dated: December 17, 2008            __/s/ Lawrence J. O'Neill
                                     Honorable Lawrence J. O'Neill
                                     United States District Judge