BARBARA HOPE O'NEILL #102968
Attorney at Law

2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655
Fax:  (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Debra Martin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:07-CR-00254  LJO |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff,  ) |  AND ORDER |
| ) | |
| vs.  ) | |
| ) | |
| Debra Martin,  ) | DATE: January 9, 2009 Time: 8:30 am |
| Defendant.  ) | Hon:    Lawrence J. O'Neill |

Barbara Hope O'Neill the attorney of record for Debra Martin and Kimberly A. Sanchez, Assistant United States Attorney, have agreed to continue this matter from January 9, 2009 at 8:30 a.m. until January 30, 2009 at 8:30 a.m..  The reason for the continuance is that more information needs to be gathered before the plea can proceed. Counsel think that this additional 3 weeks should resolve this case.

Dated: January 7, 2009                              Respectfully submitted,

                                                           /s/ Barbara Hope O'Neill
                                                          Barbara Hope O'Neill
                                                         Attorney for Debra Martin

Dated: January 7, 2009                        /s/  Kimberly A. Sanchez
                                                      Kimberly A. Sanchez
                                                      Assistant U.S. Attorney

-1-

ORDER

Upon stipulation of the parties and good cause appearing therefore,

The hearing in this matter presently set for January 9, 2009 at 8:30 a.m., is continued to January 30, 2009, at 8:30 a.m., to be heard before the Honorable Lawrence J. O'Neill.

On the grounds of further discovery and further negotiation, the Court finds that good cause exists to exclude time until January 30, 2009.

IT IS SO ORDERED.

Dated:   **January 8, 2009**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE